FILED

04/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0685

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0685

_____

DIAMOND V. CORPORATION, INC., a Montana
corporation, GRANT KUBESH, MARY
KUBESH, ZACH RUBESH and BARBARA
KUBESH,

      Plaintiffs and Appellants,

  v.                        O R D E R

BUCKHORN ENERGY OAKS DISPOSAL
SERVICES, LLC, a foreign limited liability
company, and DAWSON COUNTY, a political
subdivision of the STATE OF MONTANA,

      Defendants and Appellees.

_____

Upon consideration of Appellants' motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellants have until May 24, 2023, to file their reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2023